IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00748-ZLW-MEH

KIDANE SBHAT WOLDEGEORGIS,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, and
MARIO ORTIZ, District Director,

    Defendants.

_____

**ORDER**
_____

This matter was before the Court on September 6, 2007, for oral argument on Plaintiff's Application To Amend/Correct Birthday Of Plaintiff's Naturalization Certificate (Doc. No. 1) and Defendants' Motion To Dismiss Under Fed. R. Civ. P. 12(b)(1) (Doc. No. 3).  The Court heard the arguments and statements of counsel and the testimony of Plaintiff, and made oral conclusions of law which are incorporated herein by reference as if fully set forth.  Accordingly, it is

ORDERED that Defendant Mario Ortiz is dismissed without prejudice and his name is to be removed from the case caption.  It is

FURTHER ORDERED that Defendant's Motion To Dismiss Under Fed. R. Civ. P. 12(b)(1) (Doc. No. 3; Jun. 15, 2007) is denied.  It is

FURTHER ORDERED that the hearing is continued to January 24, 2008, at 2:00 p.m.  It is

FURTHER ORDERED that counsel shall meet with Magistrate Judge Hegarty to set discovery deadlines.

DATED at Denver, Colorado, this   11   day of September, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court