IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00748-ZLW-MEH

KIDANE SBHAT WOLDEGEORGIS,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 13, 2007.**

    Defendant's Unopposed Motion to Set Scheduling Conference [filed September 7, 2007; doc #14] is **granted**.  Please see the Court's September 12, 2007 minute order [doc #19] setting the Scheduling Conference in this matter.