IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00748-ZLW-MEH

KIDANE SBHAT WOLDEGEORGIS,

    Plaintiff,
v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

---

### MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 19, 2007.**

    Pursuant to Fed. R. Civ. P. 16(b) and for good cause shown, Plaintiff's unopposed Motion for an Extension of Deadlines [filed December 14, 2007; doc #27] is **granted in part and denied in part**. Plaintiff's Motion requests both an extension of the deadlines set forth in the Scheduling Order, and a continuation of the hearing set before Judge Weinsheink on January 24, 2008. In accordance with D.C. Colo. LCivR 7.1(C), the motion for continuation of the hearing is **denied without prejudice** and shall be made in a separate paper.

    With respect to Plaintiff's request for an extension of deadlines, the motion is **granted** and the Scheduling Order in this matter shall be amended as follows:

a.    Interrogatory Schedule: All interrogatories served to date must be answered by Plaintiff on or before January 11, 2008.

b.    Schedule for Requests for Production of Documents and Requests for Admission: All Requests for Production of Documents and Requests for Admission served to date must be provided by Plaintiff on or before January 11, 2008.

c.    All discovery shall be completed on or before January 21, 2008.

In addition, the settlement conference scheduled in this case will take place on February 11, 2008, at 10:00 a.m. in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    Counsel <u>shall have parties present</u> who shall have <u>full authority</u> to negotiate all terms and demands presented by the case, and <u>full authority</u> to enter into a settlement agreement, including an adjustor if an insurance company is involved. "Full authority" means that the person who attends the settlement conference has the complete and unfettered capacity and authority to meet or pay all terms or amounts which are demanded or sought by the other side of the case without

consulting with some other person, committee or agency.  If any person has limits upon the extent or amount within which he or she is authorized to settle on behalf of a party, that person does not have "full authority."  **This requirement is not fulfilled by the presence of counsel**.

In exceptional circumstances, a party's appearance by phone may be approved by Chambers.  Any party seeking such relief should confer with opposing counsel before contacting Chambers directly at 303-844-4507.

No person is ever required to settle a case on any particular terms or amounts.  However, if any person attends the settlement conference without full authority, and the case fails to settle, that party may be ordered to pay the attorney's fees and costs for the other side.

In order that productive settlement discussions can be held, **counsel shall prepare and submit two** settlement documents: one to be submitted to the other party or parties, and the other to be submitted by email only to the Magistrate Judge.

The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and may present a demand or offer.  These documents should be intended to persuade the clients and counsel on the other side.

The document to be emailed to the Magistrate Judge (not submitted for filing to the court) at *Hegarty_Chambers@cod.uscourts.gov*, in accordance with the electronic filing procedures of this court, shall contain copies of the above materials, but additionally shall contain any confidential comments which counsel wishes to make, any comments with regard to perceived weaknesses in the case and any comments which would be helpful to the magistrate in assisting the parties to negotiate a settlement.

The settlement documents shall be submitted **no later than five business days** prior to the date of the settlement conference.  Statements and exhibits consisting of more than 30 pages are to be submitted to Chambers in hard copy via regular mail or hand delivery.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  See D.C. Colo. LCivR 83.2B.

Counsel are reminded of their obligations to comply with D.C. Colo. LcivR 7.1(B) and 10.1(E).