IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-00748-ZLW-KMT

KIDANE SBHAT WOLDEGEORGIS,

    Plaintiff,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

## MINUTE ORDER

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant

Defendant's "Unopposed Motion to Vacate Settlement Conference" (#37, filed February 4, 2008) is GRANTED. The Settlement Conference set for February 11, 2008 is hereby VACATED.

Dated: February 7, 2008